1
2
3
4                                               O
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          CENTRAL DISTRICT OF CALIFORNIA
10

11   UNITED STATES OF AMERICA,       )
                                     )
12              Plaintiff,           )    SA 08-00413M
                                     )
13        v.                         )    ORDER OF DETENTION AFTER HEARING
                                     )         (18 U.S.C. § 3142(i))
14   ALEJANDRO RAMIREZ-MURGUIA,      )
                                     )
15              Defendant.           )
                                     )
16

17                                       I.

18   A. ( ) On motion of the Government involving an alleged

19        1. ( ) crime of violence;

20        2. ( ) offense with maximum sentence of life imprisonment or death;

21        3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

22              (21 U.S.C. §§ 801,/951, et. seq..,/955a);

23        4. ( ) felony - defendant convicted of two or more prior offenses described above.

24   B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

25        1. ( X ) serious risk defendant will flee;

26        2. ( ) serious risk defendant will

27            a. ( ) obstruct or attempt to obstruct justice;

28            b. ( ) threaten, injure, or intimidate a prospective  witness or juror or attempt to do so.

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1                                                II.

2      The Court finds no condition or combination of conditions will reasonable assure:

3      A. ( X )   appearance of defendant as required; and/or

4      B. ( )  safety of any person or the community;

5                                                 III.

6      The Court has considered:

7      A. ( x ) the nature and circumstances of the offense;

8      B. (x) the weight of evidence against the defendant;

9      C. (x) the history and characteristics of the defendant;

10     D. ( ) the nature and seriousness of the danger to any person or to the community.

11                                                IV.

12     The Court concludes:

13     A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15     B. (x )    History and characteristics indicate a serious risk that defendant will flee because:

16          **Defendant is undocumented.  He has no ties to the community and no bail**

17          **resources.**

18

19     C.  ( ) A serious risk exists that defendant will:

20          1. ( )   obstruct  or  attempt to  obstruct  justice;

21          2. ( )   threaten, injure or intimidate a witness/ juror; because:

22

23     D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24          provided in 18 U.S.C. § 3142 (e).

25 ///

26 ///

27 ///

28 ///

1   IT IS ORDERED that defendant be detained prior to trial.

2   IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or person held pending appeal.

3   IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

Dated: August 7, 2008

Marc L. Goldman
U.S. Magistrate Judge